IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ABRAHAM (JUNIOR) CRUZ,

      Plaintiff,

  v.

ALLEGHENY COUNTY COURTHOUSE,
DIRECTOR, JUDGE DAVID RONALD
CASHMAN, JUDGE DAVID K. WILLIAMS
III, BAILIFF JOHNS, BAILIFF JOHNSON,
BAILIFF WESTON, SHERIFFS, AND
CLERKS,

      Defendants.

2:21-CV-00723-CCW

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On September 30, 2021, the Magistrate Judge issued a Report, ECF No. 16, recommending that Plaintiff's Amended Complaint, ECF No. 11, be "dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and 28 U.S.C. § 1915A(b)(1)." *See* ECF No. 16 at 1. Service of the Report and Recommendation ("R&R") was made on Plaintiff, and Plaintiff has filed Objections. *See* ECF No. 18.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

Plaintiff's Amended Complaint, ECF No. 11, is hereby DISMISSED WITH PREJUDICE, and

the R&R, ECF No. 16, is adopted as the Opinion of the District Court.

     IT IS SO ORDERED.


     DATED this 27th day of October, 2021.


                    BY THE COURT:


                    /s/ Christy Criswell Wiegand
                    CHRISTY CRISWELL WIEGAND
                    United States District Judge


Cc:    Abraham (Junior) Cruz
        NY-2555
        SCI Dallas
        1000 Follies Rd.
        Dallas, PA 18612-0286